IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGE G. AVAK, OD,<br><br>    Defendant. | Case No. 2:12-CV-02532 GEB-EFB<br><br>**JUDGMENT** |

On October 24, 2012, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case. In the Agreement, defendant Serge G. Avak agrees to the entry of judgment against him and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Serge G. Avak, OD, in the amount of $51,587.00; and

2. Until the judgment is paid in full, interest shall ACCRUE thereon at 3% annually.

Dated:   October 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge